IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

MARSHALL CONSTRUCTION                )
COMPANY, INC.,                       )        Case No. 4:05-CV-00012
                                     )
            Plaintiff,               )
                                     )        **ORDER**
v.                                   )
                                     )
GLADE EAST, LLC, FIREMAN'S           )        By: Jackson L. Kiser
FUND INSURANCE COMPANY,              )              Senior United States District Judge
                                     )
            Defendants.              )
                                     )

Before this Court is the Plaintiff's *Motion for Summary Judgment* [80]. A hearing on the

Plaintiff's *Motion* was held on March 10, 2006 and the *Motion* is now ripe for judgment.

For the reasons stated in the accompanying *Memorandum Opinion*, the Plaintiff's *Motion*

is hereby **denied**.

The Clerk of the Court is hereby directed to send a certified copy of this *Order* and the

accompanying *Memorandum Opinion* to all counsel of record.

Entered this 30th day of March, 2006.


                                        s/Jackson L. Kiser                                    
                                        Senior United States District Judge